United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Amonfils E. Davilien, Plaintiff, | ) |
| v. | ) Civil Action No. 21-24054-Civ-Scola |
| Marie Nicole Marseille, Defendant. | ) |

### Order of Dismissal Without Prejudice

Previously the Court ordered Plaintiff Amonfils E. Davilien, proceeding pro se, to file an amended complaint because his initial complaint failed to allege a basis for the Court's jurisdiction. (ECF No. 4.) In doing so, the Court warned Davilien that if he failed to provide facts establishing jurisdiction, his case could be dismissed. (*Id.*) In response, Davilien submitted three documents to the Court: one captioned, "Motion For Amended and Continuance to Proceed" (ECF No. 5); a letter to the Court about his claims (ECF No. 6); and a motion seeking referral to the volunteer attorney program (ECF No. 7). But, rather than set forth any facts that would establish the Court's jurisdiction, Davilien simply advised that he was reducing the amount of the award sought from $27 million to $250,000. (ECF No. 5.) As a result, Davilien has, once again, failed to establish federal jurisdiction.

Accordingly, the Court **dismisses** this case **without prejudice** because it would appear the Court's jurisdiction is lacking. As a result, the Court directs the Clerk to keep this case **closed**. The Court advises Davilien that, since it does not appear he can allege federal jurisdiction, he can elect to proceed in state, rather than federal, court.

**Done and ordered** in Miami, Florida, on December 14, 2021.

_____
Robert N. Scola, Jr.
United States District Judge